IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-02729-DDD-TPO

KENSY ALVAREZ GONZALEZ,

Petitioner,

v.

MARKWAYNE MULLIN , Secretary, U.S. Department of Homeland Security (DHS); DAVID VENTURELLA , Acting Director, U.S. Immigration and Customs Enforcement (ICE); DEREK GORDON, Acting Executive Associate Director, Homeland Security Investigations (HSI), U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES , Acting Executive Associate Director, Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement (ICE); DAREN K. MARGOLIN , Director, Executive Office For Immigration Review; WARDEN, Warden for the Denver Contract Detention Facility,

Respondents.

---

FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Dismissing Case, filed July 30, 2026, by the Honorable Daniel D. Domenico, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that the Emergency Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE.

DATED at Denver, Colorado this 30th day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*

Robert R. Keech,
Deputy Clerk